

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00004-CR

_____

ERIC MONTREAL ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2229447

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Eric Montreal Anderson pled guilty to and was convicted of evading arrest with a motor vehicle. *See* TEX. PENAL CODE ANN. § 38.04. After a trial on punishment, a Hopkins County jury assessed a sentence of ten years' imprisonment with a $10,000.00 fine. *See* TEX. PENAL CODE ANN. § 12.35(c)(1) (Supp.). The trial court also ordered Anderson to pay $290.00 in court costs and $40.00 in reimbursement fees, and the bill of costs included a $15.00 time payment fee.

On appeal, Anderson argues that the trial court erred by imposing the fine without determining his ability to pay it.[1] Anderson also argues that the trial court erred by including duplicative court costs and reimbursement fees and by including a time payment fee in the bill of costs.

We addressed the issues raised by Anderson in detail in our opinion addressing his appeal in cause number 06-24-00002-CR. For the reasons addressed by that opinion, we conclude that the fine was properly assessed. Even so, we sustain Anderson's complaints about duplicative court costs and reimbursement fees, and the time payment fee, for the reasons discussed in cause number 06-24-00002-CR.[2]

---

[1]In companion cause number 06-24-00002-CR, Anderson appeals a conviction for possession of five pounds or less but more than four ounces of marihuana. He also appeals a conviction for possession of a controlled substance in cause number 06-24-00005-CR and a conviction for unlawful possession of a firearm in cause number 06-24-00006-CR.

[2]By separate point of error, Anderson raised a challenge to the order to withdraw funds. As explained by our opinion in cause number 06-24-00002-CR, Anderson's complaint is a civil matter, and we decline to address it in this criminal appeal. *See Johnson v. Tenth Jud. Dist. Ct. of Appeals at Waco*, 280 S.W.3d 866, 871–72 (Tex. Crim. App. 2008) (orig. proceeding); *Harrell v. State*, 286 S.W.3d 315, 318–19 (Tex. 2009); *Perez v. State*, 424 S.W.3d 81, 89 (Tex. Crim. App. 2014) (Alcalá, J., concurring).

We modify the bill of costs by deleting duplicative court costs, the reimbursement fees, and the time payment fee, leaving only Anderson's $10,000.00 fine. We also modify the trial court's judgement by deleting the $40.00 reimbursement fee and the order to pay court costs, which should instead be assessed in cause number 06-24-00005-CR. As modified, we affirm the trial court's judgment.

Scott E. Stevens
Chief Justice

Date Submitted:     July 30, 2024
Date Decided:       September 6, 2024

Do Not Publish